## UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA  22314

*www.vaeb.uscourts.gov*

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:      Marc R. Pompilii

Case Number: 01-80640-RGM                                     Date Filed:  May 18, 2001

The above case is filed in this court electronically and can be accessed via the Court's Internet site at http://www.vaeb.uscourts.gov or http://ecf.vaeb.uscourts.gov.  In compliance with Federal Rule of Civil Procedure 11 and in accordance with the Standing Order Adopting Electronic Case Filing Procedures (#99-1), the attorney's password shall constitute the signature of the attorney; therefore security of a password issued to an attorney is the responsibility of that attorney. **An original signed copy of the filing shall be maintained in the attorney's files in accordance with the Administrative Procedures, Section II.C.1. (Exhibit 1 to Standing Order #99-1).** All parties with legal representation must file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are:  A personal computer running a standard platform such as Windows, Windows 95, Windows 98 or Macintosh;  an Internet provider using Point to Point Protocol (PPP), Netscape Navigator software version 3.0 or higher and Adobe Acrobat Pro software to convert documents from a word processor format to a portable document format (PDF).  The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system.  Please contact the court for further assistance.  If you are unable to comply with this requirement, then

2. You must submit your documents on a diskette using PDF format.  The Adobe Acrobat software will provide this format.  Further instruction may be found in Abode's manual.  Use a separate diskette for each filing.   Submit the diskette in an envelope with case name, case number, type and title of document, and the file name on the diskette. If you are unable to comply with this requirement or requirement number 1, then

3. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII).  If you are unable to comply with this requirement, requirement number 2, or requirement number 1, then

4. You must submit an affidavit of your inability to file in any of the above formats.  You may then file conventionally on unstapled, unbound, 8 1/2" x 11" single-sided paper.  Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office.  The scanned file will constitute the original signature(s).  **Include your affidavit with your filing.**

**Important Note: All parties without legal representation may file documents conventionally in accordance with the Local Bankruptcy Rules.  Any item submitted for filing not in compliance with this notice will not be accepted in the Electronic Case Filing system.**

Dated: 05-24-2001                                                  William C. Redden
VAN-062                                                                  Clerk of Court

**BAE SYSTEMS**
**11400 Commerce Park Drive**
**Suite 600**
**Reston, Virginia 22091-1506**

0-RGM   Doc 4   Filed 05/24/01   Entered 05/25/01 00:27:46   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0422-9            User: bolenc              Page 1 of 1               Date Rcvd: May 22, 2001
Case: 01-80640-RGM              Form ID: VAN-062          Total Served: 17

The following entities were served by first class mail on May 24, 2001.
D         Marc R. Pompilii,   200 Waterside Terrace, #101,   Stafford, VA   22554
T         Robert Ogden Tyler,   206 North Washington Street, Suite 200,   Alexandria, VA   22314
DA        Nancy Olszewski Ryan,   1420 Prince Street, Suite 200,   Alexandria, VA   22314
406351    Office of the U.S.Trustee,   115 S. Union Street, #210,   Alexandria, VA   22314
406352    American Eagle Outfitters,   Acct No: 7100470401449,   PO Box 105981 Dept. 71,   Atlanta, GA 30353
406353    Cingular Wireless,   Acct No: 909333928,   PO Box 9681,   New Haven, CT 06536
406354    Citibank,   Acct No: 4128-0038-7425-1278,   Box 6500,   Sioux Falls, SD 57117
406355    Columbia Gas,   Acct No: 15443623-001-000-3,   PO Box 27648,   Richmond, VA 23261
406356    Columbia National, Inc./Surrender,   Acct No: 000405473-0,   7142 Columbia Gateway Drive,
            Columbia, MD 21046
406357    Conseco Finance/Surrender,   Acct No: 159481985,   PO Box 17235,   Baltimore, MD 21297
406358    DirecTV,   Acct No: 011216503,   PO Box 78626,   Phoenix, AZ 85062
406359    Kia Financial Services/Keep,   Acct No: 00000025732305,   PO Box 681811,   Franklin, TN 37068
406360    Navy Federal Credit Union,   Acct No: 2000232-013,   PO Box 3302,   Merifield, VA 22119
406361    Navy Federal Credit Union/Surrender,   Acct No: 2000232005,   PO Box 3302,   Merifield, VA 22119
406362    Providian National Bank,   Acct No: 4465-6701-0065-9101,   PO Box 9016,   Pleasanton, CA 94566
406363    +Stafford County Treasury,   PO Box 68,   Stafford, VA 22555-0068
406364    Tami Pompilii,   1100 Foxchase #202,   Fredericksburg, VA 22405

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: May 24, 2001**          Signature:   *Joseph Speetjens*