UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:  Marc R. Pompilii,                                            Case No.  01-80640-RGM

COLUMBIA NATIONAL INCORPORATED,

                                       Plaintiff,

v.

MARC R. POMPILII, DEBTOR,
TAMI M. POMPILII, CO-DEBTOR,
And
ROBERT O. TYLER, TRUSTEE,

                                       Defendants,

<u>CONSENT ORDER</u>

      This matter came upon the motion of Columbia National Incorporated (the "Creditor), a creditor of Marc R. Pompilii, (Debtor), seeking the entry of an order modifying the automatic stay provided in 11 U.S.C. Sections 362 and 1301 and was argued by counsel.

      Now, upon said motion and all papers and proceedings here before me, it appears that the Creditor holds a valid lien on subject property securing a loan which is in default, that the Creditor is entitled to maintain its lien against said property and to pursue such remedies as it may have in its deed of trust granting such lien, that the debtor intends to surrender the subject real property; it is therefore

Marvin A. Jaffe, counsel for
Columbia National Incorporated
5310 Markel Road, Suite 200
Richmond, Virginia 23230
(804) 282-0456
VSB ID #1586

ORDERED that immediately upon the entry of this Order, the immediately and without further notice, the automatic stay provided by 11 U.S.C. Sections 362 and 1301 be, and hereby is, modified so as to permit the Creditor to proceed to pursue such remedies as it may have in its deed of trust and other security instruments and the laws of the Commonwealth of Virginia on the real property located in Stafford County, Virginia together with the improvements thereon commonly known as 902 Forbes Street, Fredericksburg, Virginia 22405.

It is further ORDERED and DECREED that copies of this Order be sent to Marvin A. Jaffe, counsel for creditor, at 5310 Markel Road, Suite 200, Richmond, Virginia 23230; to Marc R. Pompilii, debtor, and Tami M. Pompilii, co-debtor, at 200 Waterside Terrace, #101, Stafford, Virginia 230111; to Klinette Kindred, counsel for debtor, at 1420 Prince Street, Suite 200, Alexandria, Virginia 22314 and to Robert O. Tyler, Trustee, at 206 N. Washington Street, Suite 200, Alexandria, Virginia 22314.

ENTER: August 16, 2001

Signed Robert G. Mayer
Judge

We ask for this:


/s/ Marvin A. Jaffe
Marvin A. Jaffe, counsel
 For creditor
5310 Markel Road, Suite 200
Richmond, Virginia 23230
(804) 282-0456

/s/ Klinette Kindred
Klinette Kindred, counsel for
Debtor,
1420 Prince Street, Suite 200
Alexandria, Virginia 22314
(703) 548-0122


SEEN and AGREED:


/s/ Robert O. Tyler
Robert O. Tyler, Trustee
206 N. Washington Street, Suite 200
Alexandria, Virginia 22314
(703) 549-5000


## CERTIFICATE

I hereby certify that the foregoing Order has been endorsed by all parties having an interest therein.

　　　　　　　　　　　　　　　　　　/s/ Marvin A. Jaffe
　　　　　　　　　　　　　　　　　　Marvin A. Jaffe